# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| BRENDA GEIGER, BROOKE BANX, CAMILA DAVALOS, JESSICA KILLINGS, LINA POSADA, PAOLA CAÑAS and SANDRA VALENCIA <br><br> *Plaintiff(s)* <br><br> v. <br><br> REINA SPORTS BAR LLC d/b/a REINA SPORTS BAR and FERNANDO SISNEIGA <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:23-CV-00742 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fernando Sisniega
2705 Walkup Avenue
Monroe, NC 28110-3847

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Matthew R. Gambale
> Osborn Gambale Beckley & Budd PLLC
> 1100 Wake Forest Road, Suite 205
> Raleigh, NC 27604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/7/2023

*/s/ Katherine H. Simon*
Katherine Hord Simon, Clerk
United States District Court

Civil Action No. 3:23-CV-00742

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: