# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:23-CV-00742-RJC-SCR

| | |
|---|---|
| **BRENDA GEIGER, et. al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **REINA SPORTS BAR, LLC, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for John V. Golaszewski]" (Doc. No. 3) filed November 7, 2023. For the reasons set forth therein, the Motion[s] will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: November 7, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge